UNJTED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

Plaintiff

v.

NARA SUSHI 76 INC.,
and PEARL ST HOLDING, LLC,

Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Civil Case No.: 1:24-cv-05689 (JMF)

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for all the parties that: Counsel represent that they have been authorized by their respective clients to execute this Stipulation. No party hereto is an infant or incompetent person for whom a committee or conservator has been appointed. The entire above entitled action is discontinued with prejudice pursuant to Feder.al Rules of Civil Procedure Rule 41 as agaiust all pm·ties without costs to any party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

IT IS HEREBY FURTHER STIPULATED AND AGREED, that this stipulation may be executed in counterparts and that facsimile/photocopy signatures may be accepted as originals for all pufl)oses, including filing with the court. Further that this stipulation may be filed without further notice with the Clerk of the Court by any party herein.

Dated: New York, New York
March 11, 2025

By: d"::;:--: '7"-;, :::,---

BracllyG.Mirks.Esq.
THE MARKS LAW FIRM, PC
155 East 55th St, Suite 4H
New York, New York 10022
(t) 646-770-3775
Email: brad@markslawpc.com
*Attorney_for Plaintiff*

:,an(Jerry
J. Zhang and Associates, P.C.
3712 Prince Street, Ste 9C
Flushing, NY 11354
Tel: (718) 70 I - 5098
Email: con1a zha nglaws.com
Attorney f pyNARA SUSHI 76 INC.

*By:*
Alldrcw I. Bart, Esq.
Kagan Lubic Lepper Finkelsl1l1 & Gold, LLP
200 Madison Avenue
New York, NY 10016
212-252-0300 X 2381
E: abart@kll-law.com
Attorney for PEARL ST HOLDING, LLC

All pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

SO ORDERED.

April 3, 2025

:00505115;2 :